IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TREVIS BRAVENER, individually and on behalf of all others similarly situated and on behalf of the general public,<br><br>Plaintiff,<br><br>v.<br><br>QTC COMMERCIAL SERVICES, LLC, d/b/a IMX Medical Management Services,<br><br>Defendant. | CIVIL ACTION<br>NO. 23-3598 |

# ORDER

**AND NOW** this 23rd day of September, upon consideration of the Final Approval Order and Judgment dated September 8, 2025 in EDPA Civil Action No. 2:23-cv-03214, which is a consolidated case with the above-captioned case, it is **ORDERED** that the above-captioned case is terminated and the Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

/s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.